421 A.2d 209

**ESTATE of Frances H. CAHEN.**

**Appeal of Frances H. CAHEN.**

**ESTATE of Phillis H. HELLER.**

**Appeal of Phillis H. ROSENTHAL.**

**ESTATE of Richard HELLER.**

**Appeal of Richard HELLER.**

Supreme Court of Pennsylvania.

Argued Sept. 30, 1980.
Decided Nov. 3, 1980.

William McC. Houston, Pittsburgh, for appellants.

Richard B. Tucker, Jr., F. J. Torrance Baker, Tucker, Arensberg, Very & Ferguson, Pittsburgh, for Pittsburgh Nat. Bank.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Appeal is dismissed, 483 Pa. 157, 394 A.2d 958, as being from an interlocutory decree. Each party is to pay own costs.